IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| O. THRONAS, INC., a Hawai'i corporation, and KAUA'I AGGREGATES, a Hawai'i Limited Partnership,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALVA BLAKE, aka ALVA E. BLAKE, etc., et al.,<br><br>        Defendants.<br>_____ | CIVIL 09-00353-DAE-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDMENT TO FINDINGS AND RECOMMENDATION

An Amendment to the Findings and Recommendation having been filed and served on all parties on November 30, 2010, and no objections to the Amendment to the Findings and Recommendation having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS FILED AUGUST 31, 2010" filed on September 30, 2010, docket entry no. 158, as modified by the "AMENDMENT TO FINDINGS AND RECOMMENDATION

TO GRANT IN PART AND DENY IN PART PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS FILED AUGUST 31, 2010," docket entry no. 164, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 20, 2010.



_____
David Alan Ezra
United States District Judge

O. Thronas, Inc., et al. vs. Alva Blake, et al., Civil No. 09-00353 DAE-LEK; ORDER ADOPTING MAGISTRATE JUDGE'S AMENDMENT TO FINDINGS AND RECOMMENDATION